AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DE MENT, IRA | US DIST COURT, MIDDLE DIST- AL | 06/28/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE, SENIOR STAT | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P O BOX 2149<br>MONTGOMERY, AL 36102-2149 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | [REDACTED] TRUST |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**De Ment, Ira**

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 06/28/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 06/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | U.S. SAVINGS BOND #1 | C | Interest | K | T | | | | | |
| 2. | BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. | Regions Financial Corporation, Common | A | Dividend | J | T | | | | | |
| 4. | AL Drinking WFA RVL Bond 4.85% due 8/15/2022 | A | Interest | J | T | | | | | |
| 5. | Sun Life Financial | A | Dividend | J | T | | | | | |
| 6. | Capital Income BLDR Fd Cl C | A | Dividend | | | Sold | 06/08/10 | L | | |
| 7. | Calamos Growth & Income Fd C | A | Dividend | | | Sold | 06/08/10 | K | | |
| 8. | AL State Brd Ed Reid St Tech College | B | Interest | L | T | | | | | |
| 9. | AL Bldg Rnvtn Fin Auth Rev Bldg | B | Interest | L | T | | | | | |
| 10. | Boaz AL 3.55% 3/1/2013 | B | Interest | L | T | | | | | |
| 11. | Eaton Vance Muns TR EV Natl Muni FD | B | Int./Div. | K | T | | | | | |
| 12. | Citibank NA Bank Deposit Program | A | Interest | K | T | | | | | |
| 13. | Auburn ALA WTR WKS BRD | A | Interest | K | T | Buy | 06/08/10 | K | | |
| 14. | Tuscambia ALA WTR 3.4% | A | Interest | K | T | Buy | 06/08/10 | K | | |
| 15. | Tuscumbia ALA WTR 4.0% | A | Interest | K | T | Buy | 06/08/10 | K | | |
| 16. | Alabama WTR Pollution 3.1% | A | Interest | K | T | Buy | 08/18/10 | K | | |
| 17. | IRA #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15.000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250.001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 06/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Royce Fd Total Return Fd | A | Dividend | | | Sold | 06/08/10 | J | | |
| 19. T Rowe Price Blue Chip Grwth Fd | A | Dividend | K | T | | | | | |
| 20. Dodge & Cox Intl Stock Fund | A | Dividend | K | T | | | | | |
| 21. Longleaf Partners FDS Trust | | None | | | Sold | 06/08/10 | K | | |
| 22. Longleaf Partners FDS TR Small Cap | | None | | | Sold | 06/08/10 | K | | |
| 23. Highland Bank ST Michael MN | B | Interest | | | Matured | 08/10/10 | K | | |
| 24. Fairholme Fund Fairx | A | Dividend | K | T | | | | | |
| 25. Hartford Captial Appre Fund Class I | | None | K | T | | | | | |
| 26. American High Income Trust Class F | A | Dividend | | | Sold | 05/24/10 | K | D | |
| 27. ...continued | B | Dividend | K | T | Buy | 08/18/10 | K | | |
| 28. Dreyfus Money Market Fund | A | Int./Div. | J | T | | | | | |
| 29. ...continued | D | Distribution | | | | | | | |
| 30. Hartford Floating Rate Fund Class I | A | Dividend | K | T | Buy | 08/18/10 | K | | |
| 31. PIMCO Total Return Fund CL P | A | Dividend | K | T | Buy | 01/06/10 | K | | |
| 32. PIMCO Real Return Fund CL P | A | Dividend | K | T | Buy | 01/06/10 | K | | |
| 33. Templeton Global Bond Fund | A | Dividend | K | T | Buy | 08/18/10 | K | | |
| 34. Vanguard BD Index FD Inc. Short Term | A | Dividend | K | T | Buy | 06/08/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 06/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 36. Eaton Vance National Municipals Fund | D | Int./Div. | M | T | Buy | 02/16/10 | K | | |
| 37. Huntsville Madison Co AL Bond 5.0% due 7/1/18 | B | Interest | K | T | | | | | |
| 38. Jefferson CNTY AL Brd ED Bond 4.75% due 2/15/16 | A | Interest | | | Redeemed | 02/17/10 | K | | |
| 39. Evergreen Fixed Hi Yld Cl C | A | Dividend | | | Sold | 05/24/10 | K | | |
| 40. AL Bldg Rnvn 4% | B | Interest | K | T | | | | | |
| 41. Calamos Growth & Income Fd C | A | Dividend | | | Sold | 06/08/10 | K | | |
| 42. Capital Income Bldr Cl C | A | Dividend | | | Sold | 06/08/10 | K | | |
| 43. Franklin Income FD CL C | B | Dividend | | | Sold | 06/08/10 | K | | |
| 44. Citibank NA Bank Deposit | A | Interest | K | T | | | | | |
| 45. Auburn ALA WTR WKS BRD | A | Interest | K | T | Buy | 06/08/10 | K | | |
| 46. Elmore CNTY ALA PUB ED | A | Interest | K | T | Buy | 05/25/10 | K | | |
| 47. Tuscumbia ALA WTR & SWR REV | A | Interest | K | T | Buy | 06/08/10 | K | | |
| 48. Franklin US Government | A | Dividend | | | Buy | 06/08/10 | K | | |
| 49. ...continued | | | | | Sold | 12/09/10 | K | | |
| 50. Alabama WTR Pollution | | None | K | T | Buy | 08/18/10 | K | | |
| 51. Birmingham ALA ARPT AUTH | | None | K | T | Buy | 12/14/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 06/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Beneficial Interest in the ▓▓▓ Trust #1 | | | | | | | | | |
| 53. Regions Bank, Montgomery, AL (formerly Amsouth) | | | | | | | | | |
| 54. Income Beneficiary only, no interest in principal | | | | | | | | | |
| 55. Pioneer Fund Cl Y | B | Dividend | M | T | | | | | |
| 56. Regions Trust Money Market Account | A | Dividend | J | T | | | | | |
| 57. Pioneer Mid Cap Value Fund Class | A | Int./Div. | J | T | | | | | |
| 58. Vanguard Tax Exempt Fund #42 | D | Int./Div. | M | T | | | | | |
| 59. Tax Exempt BD FD of Amer | B | Interest | | | Sold | 03/30/10 | M | E | |
| 60. Artisan Funds Inc. Small Cap Value | A | Dividend | J | T | | | | | |
| 61. Fidelity Advisor Small Cap Fund | | None | J | T | | | | | |
| 62. Pioneer Select Mid Cap Growth Y | | None | J | T | | | | | |
| 63. Thornburg International Value Fund Class I | A | Dividend | J | T | | | | | |
| 64. Europacific Growth FD CL F2 | A | Dividend | J | T | | | | | . |
| 65. Thornburg LTD Term MUNI Fund Class I | C | Int./Div. | M | T | Buy | 03/30/10 | M | | |
| 66. Regions CD #1 | B | Interest | M | T | | | | | |
| 67. IRA #2 | | | | | | | | | |
| 68. Davis NY Venture Fd A | | None | | | Sold | 06/08/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Evergreen Equity Index Fd Cl C | A | Dividend | | | Sold | 06/08/10 | J | | |
| 70. Washington Mutual Investment Fd Cl A | A | Dividend | | | Sold | 06/08/10 | J | | |
| 71. Capital Income Bldr FD CL C | A | Dividend | | | Sold | 06/08/10 | J | | |
| 72. Bank Deposit Program (X) See Note 1 | A | Dividend | K | T | | | | | |
| 73. ...continued | B | Distribution | | | | | | | |
| 74. Series HH Bonds | A | Interest | K | T | | | | | |
| 75. Regions Bank Acct #5 | A | Interest | K | T | | | | | |
| 76. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 77. FirstBank PR CD | A | Interest | | | Matured | 02/04/10 | K | | |
| 78. ...continued | A | Int./Div. | K | T | Buy | 02/04/10 | K | | |
| 79. Capital One 4.5% | B | Interest | K | T | | | | | |
| 80. Darby Bank 3.5% | A | Interest | | | Redeemed | 02/22/10 | K | A | |
| 81. Discover Bank 3.8% | B | Interest | | | Matured | 09/07/10 | K | | |
| 82. GE Money Bank 5% | B | Interest | L | T | | | | | |
| 83. GE Money BK 4.7% | B | Interest | L | T | | | | | |
| 84. Wachovia BK 4.55% | C | Interest | L | T | | | | | |
| 85. Wachovia BK 5% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 06/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wachovia MTG 4.75% | B | Interest | K | T | | | | | |
| 87. Cit Bank - UT 3.5% | A | Interest | K | T | | | | | |
| 88. Keybank Nat'l Association 2.4% | B | Interest | L | T | | | | | |
| 89. Doral Bank | A | Interest | K | T | | | | | |
| 90. American High Income Trust Fund Class C | A | Dividend | | | Sold | 05/24/10 | K | C | |
| 91. PIMCO Total Return Fund Class C | C | Dividend | K | T | Buy (add'l) | 02/16/10 | K | | |
| 92. PIMCO Real Return Fund Class C | A | Dividend | L | T | Buy (add'l) | 02/16/10 | K | | |
| 93. American Express Centurion Bank | B | Interest | L | T | | | | | |
| 94. Citibank Money Market Fund | A | Interest | J | T | | | | | |
| 95. Hartford Floating Rate Fund | A | Dividend | K | T | Buy | 09/08/10 | K | | |
| 96. American Funds Short Term Bond | A | Dividend | K | T | Buy | 05/24/10 | K | | |
| 97. Regions CD #6 | B | Interest | | | Matured | 11/12/10 | M | | |
| 98. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 99. Cash/MM | A | Interest | J | T | | | | | |
| 100. Morgan Stanley 4.05% | A | Interest | | | Matured | 04/15/10 | K | | |
| 101. Royal Bank 4.35% | B | Interest | K | T | | | | | |
| 102. Wachovia BK 4.55% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 06/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wachovia MTG 4.55% | B | Interest | L | T | | | | | |
| 104. American Funds Short Term Tax Exempt | A | Interest | L | T | Buy | 02/16/10 | L | | |
| 105. Eaton Vance National Municipal Income Fund | C | Int./Div. | L | T | Buy | 02/16/10 | L | | |
| 106. Limited Term Tax Ex BD FD of America | B | Interest | L | T | Buy | 02/16/10 | L | | |
| 107. Hartford Floating Rate Fund CL C | A | Dividend | M | T | Buy | 11/22/10 | L | | |
| 108. Morgan Stanley Senior Floating Rate | | None | K | T | Buy | 12/10/10 | K | | |
| 109. Birmingham ALA APRT AUTH | | None | K | T | Buy | 12/14/10 | K | | |
| 110. Regions Bank Acct # 4 | A | Interest | M | T | | | | | |
| 111. Regions Bank Acct # 3 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 06/28/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Line 72, Bank Deposit Program, asset was not required to be reported in prior year. Income and account value of asset were below reporting requirements.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ IRA DE MENT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544